| | |
|---|---|
| 1 | **LEWIS BRISBOIS BISGAARD & SMITH LLP** |
| | REBECCA R. WEINREICH, SB# 155684 |
| 2 |   E-Mail: Rebecca.Weinreich@lewisbrisbois.com |
| | 633 West Fifth Street, Suite 4000 |
| 3 | Los Angeles, California 90071 |
| | Telephone: 213.250.1800 |
| 4 | Facsimile: 213.250.7900 |
| 5 | Attorneys for Defendant Sentinel Insurance |
| | Company, Ltd., erroneously sued and served as |
| 6 | The Hartford dba The Hartford Insurance Company |
| | Parent Company The Hartford Financial Services Group |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| Farivar Gouhari, an individual, | CASE 2:14-CV-09026-DMG-MAN |
|     Plaintiff, | |
| vs. | **STIPULATION OF DISMISSAL** |
| The Hartford (dba The Hartford Insurance Company Parent Company The Hartford Financial Services Group), and DOES 1-100 inclusive, | |
|     Defendants. | |

Plaintiff Farivar Gouhari and Defendant Sentinel Insurance Company, Ltd., erroneously sued and served as The Hartford dba The Hartford Insurance Company Parent Company The Hartford Financial Services Group ("Hartford") through their respective counsel of record stipulate pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure that this action is hereby dismissed with prejudice, each side to bear its own costs and attorneys' fees.

DATED: March 18, 2015    LAW OFFICES OF NATAN DAVOODI

By:   /s/ Natan Davoodi
     Natan Davoodi
     Counsel to Farivar Gouhari

DATED: March 18, 2015        LEWIS BRISBOIS BISGAARD & SMITH LLP

By:     /s/ Rebecca R. Weinreich
Rebecca R. Weinreich
Attorneys for Defendant Sentinel Insurance Company, Ltd., erroneously sued and served as The Hartford dba The Hartford Insurance Company Parent Company The Hartford Financial Services Group

4838-6817-4882.1

2

Stipulation of Dismissal

## PROOF OF SERVICE

*Gouhari v. The Hartford* - LBBS File No.: 33196.15

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

At the time of service, I was over 18 years of age and not a party to the action. My business address is 633 West 5th Street, Suite 4000, Los Angeles, California 90071. I am employed in the office of a member of the bar of this Court at whose direction the service was made.

On **March 18, 2015**, I served the following document(s): **Stipulation of Dismissal.**

I served the documents on the following persons at the following addresses (including fax numbers and e-mail addresses, if applicable):

Natan Davoodi, Esq.
THE LAW OFFICES OF NATAN DAVOODI
3580 Wilshire Boulevard, Suite 1260
Los Angeles, CA 90010
Tele: (213) 889.4554
Fax: (213) 382.4083
natandavoodi@gmail.com
NatanDavoodi@natandavoodilaw.com
*Attorneys for Plaintiff*

The documents were served by the following means:

☒ (BY COURT'S CM/ECF SYSTEM) Pursuant to Local Rule, I electronically filed the documents with the Clerk of the Court using the CM/ECF system, which sent notification of that filing to the persons listed above.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed on **March 18, 2015**, at Los Angeles, California.

_____
JEANNE IDENO

4838-6817-4882.1

Stipulation of Dismissal